UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARILYN POWELL, next friend of C.P., a minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:09-CV-411 (VARLAN/SHIRLEY) |
| WILLIAM T. DENTON, individually and officially as Judge of the Blount County Juvenile Court, and SANDRA MYNATT, individually and officially as referee of the Blount County Juvenile Court, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered contemporaneously herewith, the Motion to Dismiss for Failure to State a Claim [Doc. 8], filed by defendants William T. Denton, judge of the Juvenile Court for Blount County, Tennessee, in his individual and official capacity, and Sandra Mynatt, referee of the Juvenile Court for Blount County, Tennessee, in her individual and official capacity, is hereby **GRANTED** and this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE